# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE | MDL No. 2545 |
| REPLACEMENTTHERAPY PRODUCTS | Master Docket Case No. 1:14-cv-01748 |
| LIABILITY LITIGATION | Honorable Matthew F. Kennelly |

This Document Applies To: )
Thomas M. Kusmirek, )  Case No. 1:16-cv-01546
  )
    PLAINTIFF, )
  )
V. )
  )
Actavis, Inc., et al. )
  )
    DEFENDANTS. )

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Thomas M. Kusmirek, Plaintiff herein and, before the filing of any Answer or Motion for Summary Judgment by Defendants, dismisses his case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(i).

Date: February 8, 2016          Respectfully submitted,

                                                  */s/ Trent B. Miracle*
                                                  Trent B. Miracle
                                                  Brenda A. Smith
                                                  SIMMONS HANLY CONROY
                                                  One Court Street
                                                  Alton, IL 62002
                                                  Tel. (618) 259-2222
                                                  Fax (618) 259-2251
                                                  tmiracle@simmonsfirm.com
                                                  bsmith@simmonsfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2016, I electronically filed the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Trent B. Miracle*